UNITED STATES DISTRICT COURT
                                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :   Criminal No. 08- 382
                                :
          v.                    :   26 U.S.C. § 7201
                                :
STEVEN FORMAN                   :
                                :   I N F O R M A T I O N

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

1.  During calendar years 2001-2004, defendant Steven Forman had and received the benefit of taxable income upon which defendant failed to pay the income tax owing to the United States, resulting in a total tax loss to the United States of $113,926.

2.  On or about April 15, 2004, in the District of New Jersey, and elsewhere, defendant

STEVEN FORMAN

did knowingly and willfully attempt to evade and defeat the income tax due and owing by him to the United States, and the payment thereof, for calendar year 2003 by failing to pay to the Internal Revenue Service taxes due and owing.

In violation of Title 26, United States Code, Section 7201.

                                      CHRISTOPHER J. CHRISTIE
                                      United States Attorney