# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Criminal Number: 08-382

v.    :    **WAIVER OF INDICTMENT**

STEVEN FORMAN    :

I, Steven Forman, the above-named defendant, who is charged with tax evasion, being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on (Date) May 28, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Michael J. O'Malley, Esq.
Counsel for Defendant

Before: _____
HONORABLE ROBERT B. KUGLER
United States District Judge